THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESTERN ELECTRIC COMPANY, Appellant, *v.* NATHAN L. MILLER, as Comptroller of the State of New York, Respondent.

*People ex rel. Western Electric Co.* v. *Miller,* 90 App. Div. 618, affirmed.
(Argued March 14, 1904; decided March 29, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1904, which affirmed a determination of the defendant assessing certain taxes upon the relator for the year ending October 31, 1901.

*Edwin T. Rice* for appellant.

*John Cunneen, Attorney-General* (*William H. Wood* on the brief), for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Not voting: O'BRIEN, J.

---

In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of HENRY B. BAKER, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; DORA H. BAKER, Individually and as Administratrix, Respondent.

*Matter of Baker,* 83 App. Div. 530, affirmed.
(Argued March 15, 1904; decided March 29, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made May 5, 1903, which affirmed a decree of the Monroe County Surrogate's Court exempting a part of the estate of Henry B. Baker, deceased, from the payment of a transfer tax.

*William T. Plumb* for appellant.

*Charles M. Williams* for respondent.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.